SWORN CERTIFICATION OF PLAINTIFF PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Allan R. Reford, certify that:

1. I have reviewed the Complaint and authorize its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2. I am duly authorized to institute legal action against SolarEdge Technologies, Inc. and other defendants.

3. I did not purchase SolarEdge Technologies, Inc., securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

4. I am willing to serve as a representative party(s) on behalf of a class and will testify at deposition and trial, if necessary.

5. My transactions in SolarEdge Technologies, Inc.'s, securities during the Class Period are set forth below.

6. I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years.

7. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.


10/24/2022
_____
Date

DocuSigned by:

0A1A85BA54014EA...

Allan R. Reford

Allan R. Reford's Transactions in SolarEdge Technology Inc.'s securities:

| Date | Transaction Type | Quantity | Unit Price |
|------|------------------|----------|------------|
| 11/19/2021 | Buy | 8 | $364.145 |