**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALLAN REFORD, On Behalf of Himself and All Others Similarly Situated,<br><br>               Plaintiffs,<br>       v.<br><br>SOLAREDGE TECHNOLOGIES INC., SOLAREDGE TECHNOLOGIES LIMITED, ZVI LANDO, AND RONEN FAIER,<br><br>               Defendants. | Case No. 1:22-cv-09423 (JSR) (BCM)<br><br>CLASS ACTION<br><br>**DECLARATION OF ANDREA FARAH IN SUPPORT OF MOTION OF EDWIN ISAAC FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** |

I, Andrea Farah, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct:

1. I am an attorney of the law firm Lowey Dannenberg, P.C. ("Lowey"), counsel on behalf of Movant Edwin Isaac ("Movant") and have personal knowledge of the facts set forth herein.

2. I make this Declaration in Support of Motion of Edwin Isaac for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel in the above-captioned action (the "Action").

3. Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Loss chart of Edwin Isaac;

Exhibit B:    Press release published over *Accesswire* on November 3, 2022, announcing the pendency of the Action;

Exhibit C:      Shareholder Certification executed by Edwin Isaac; and

Exhibit D:      Firm resume of Lowey Dannenberg, P.C.


I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.


Executed on January 3, 2023, at White Plains, New York.

/s/ Andrea Farah
Andrea Farah

## **CERTIFICATE OF SERVICE**

I, Andrea Farah, hereby certify that on January 3, 2023, I authorized a true and correct copy of the foregoing to be electronically filed with the clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ Andrea Farah*
Andrea Farah