**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALLAN REFORD, on Behalf of himself and All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>       v.<br><br>SOLAREDGE TECHNOLOGIES INC.,<br>SOLAREDGE TECHNOLOGIES LIMITED,<br>RONEN FAIER and ZVI LANDO<br><br>                    Defendants. | Case No. 1:2022-CV-09423 |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed without prejudice, against the defendant(s) SolarEdge Technologies Inc., SolarEdge Technologies Limited, Ronen Faier, And Zvi Lando. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: February 15, 2023

**LOWEY DANNENBERG, P.C.**

/s/ *Andrea Farah*
Andrea Farah
Alesandra Greco
44 South Broadway, Suite 1100
White Plains, New York 10601
Telephone: 914-997-0500
Email: afarah@lowey.com
        agreco@lowey.com

*Counsel for Plaintiff*